December 10, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

ESTATE OF DAISY MAE DAVIS, DECEASED

NO. 14-15-00868-CV

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on September 8, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant.

We further order this decision certified below for observance.